1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )
12 |                    Plaintiff,    ) CASE NO. CR 10-1554 M
13 |          v.                      ) ORDER [OF DETENTION] [SETTING
                                      ) CONDITIONS OF RELEASE] AFTER
14 |   ARMAN PALIKYAN,                ) HEARING (18 U.S.C. § 3148(b)):
                                      ) (Allegations of Violation of Pretrial
15 |                    Defendant.    ) Conditions of Release)

16    A. The defendant having been arrested in this District pursuant to
17    a warrant issued by the U.S. District Court for the District of Nevada,
18    · On motion of the Government (for detention in this case) involving an alleged violation of conditions of
19    pretrial release, and warrant for arrest, and Defendant having submitted on
20    the issue of detention without prejudice in this District, as stated on the record,
      B.
21    The Court finds there is:

22    (1)

23         (A)   ( )   Probable cause to believe that the defendant has committed a
24                     Federal, State, or local crime while on release and/or

25         (B)   ( )   Clear and convincing evidence that the defendant has violated
26                     any other condition of release; and

27
28

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

(2)

    (A) ( ) Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B) ( ) The defendant is unlikely to abide by any condition or combination of conditions of release.

(3) ( ) There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

OR

(4) ( ) The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other or the community, and that the defendant will abide by such conditions. See, separate Order setting conditions.

    ( ) It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the assigned district judge or criminal duty district judge as appropriate.

OR

C.

(✓) IT IS ORDERED defendant be detained ~~prior to trial~~ *for transportation to the District of Nevada*.

DATED: *June 30, 2010*   *Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
United States Magistrate Judge